Saul S. Rostamian (SBN: 235292)
srostamian@winston.com
Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
Diana L. Hughes (SBN: 267606)
dhughes@winston.com
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GOLDLINE, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>REGAL ASSETS, LLC, et al,<br><br>            Defendants. | **Case No. 2:14-CV-03680-DDP (ASx)**<br><br>Hon. Dean D. Pregerson<br><br>**NOTICE OF SETTLEMENT** |

*(left margin, vertical)* **Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

1         TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT the parties have reached a settlement in the above-

3    entitled action by executing a settlement agreement.  The agreement will be fully

4    effectuated, and the parties anticipate that Plaintiff will dismiss this case with

5    prejudice within the next thirty days.

6

7    Dated:  July 9, 2015           WINSTON & STRAWN LLP

8

9              By: */s/ Saul S. Rostamian*

10                 Saul S. Rostamian
                   Erin R. Ranahan
                   Diana L. Hughes

11                 Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**