UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | CV 14-03680 DDP (ASx) | Dated: July 16, 2015 |
| Title: | GOLDLINE, LLC -v- REGAL ASSETS, LLC; MARK C. TURNER; KELLY FELIX; VINCENT CURTO; ROBERT LAMBIN; DONNY GAMBLE; CHARLES HOWLAND; TOM ARVAN | |

================================================================

PRESENT: HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                         <u>None Present</u>
Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                  None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** the **SCHEDULING CONFERENCE** and the MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FILED BY DEFENDANTS VINCENT CURTO, KELLY FELIX, TYLER GALLAGHER, DONNY GAMBLE, REGAL ASSETS LLC. (**DOCKET NUMBER 80**) are hereby VACATED

MINUTES FORM 11                                                                      Initials of Deputy Clerk   JAC
CIVIL -- GEN